(January 19, 2016)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LASEAN SYKES, Appellant. [22 NYS3d 844]—

Judgment, Supreme Court, New York County (Ruth Pickholz, J.), rendered April 5, 2012, convicting defendant, after a jury trial, of criminal sale of a controlled substance in the third degree, and sentencing him, as a second felony drug offender, to a term of three years, unanimously affirmed.

Since defendant's claim under *People v O'Rama* (78 NY2d 270 [1991]) involves a jury note that the court read into the record in full before responding, thereby providing counsel with notice of its specific contents, defendant's claim is not exempt from preservation requirements (*see People v Nealon,* 26 NY3d 152 [2015]); *People v Williams,* 21 NY3d 932, 934-935 [2013]; *compare People v Silva,* 24 NY3d 294 [2014] [nondisclosures of notes were mode of proceedings errors]). We decline to review this unpreserved claim in the interest of justice. As an alternative holding, we find that defendant was not prejudiced by the lack of full compliance with the *O'Rama* procedures.

The evidence at a *Hinton* hearing established an overriding interest that warranted a limited closure of the courtroom (*see Waller v Georgia,* 467 US 39 [1984]). An undercover officer's testimony that, among other things, he was still working undercover in the vicinity of defendant's arrest, was the type of showing that has consistently been held to demonstrate a substantial probability that the officer's undercover status and safety would be jeopardized by testifying in an open courtroom (*see People v Echevarria,* 21 NY3d 1, 12-14 [2013]). Although the court did not explicitly discuss on the record alternatives to closing the courtroom, the record sufficiently demonstrates that the court fulfilled its obligation under *Waller* to consider such alternatives, and it can be implied that the court determined that no lesser alternative would suffice (*see Echevarria,* 21 NY3d at 14-19). Concur—Mazzarelli, J.P., Acosta, Renwick and Richter, JJ.